IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company, a Wisconsin insurance company, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No.: 3:22-cv-50343 |
| GREAT PLAINS MANAGEMENT, LLC an Illinois corporation; MATTHEW A. HUEBER, Executor of the Estate of JAN HUEBER; JEFF DACE; JAY FLORA; and HAROLD LEE | ) ) ) ) ) ) | |
| Respondents, | ) ) | |
| and | ) ) | |
| SPRING LAKE PORK, LLC a Missouri corporation, | ) ) | |
| Necessary Party. | ) | |

**Joint Stipulation of Dismissal with Prejudice
of All Claims Pursuant to Settlement**

NOW COME the Petitioner, SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company ("SECURA"), the Respondents and the Necessary Party, by their undersigned attorneys, and hereby jointly dismiss, with prejudice, any and all claims, counterclaims, and cross-claims that have been filed in this matter pursuant to the Settlement Agreement that has been reached and executed by the parties.

Respectfully submitted,

\s\ *Dawn M. Gonzalez*
One of the Attorneys for Petitioner,
**SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company**

1

Dawn M. Gonzalez, Esq.
STONE & JOHNSON, CHTD
111 West Washington, Suite 1800
Chicago, Illinois 60602
dgonzalez@stonejohnsonlaw.com
(312) 332-5656


Consented and Agreed to By:

/s/ *Troy E. Haggestad*

One of the Attorneys for Respondents
**Great Plains Management, LLC, Matthew A. Hueber,
Jan Hueber, Jeff Dace, Jay Flora, and Harold Lee,**

Troy E. Haggestad
Joel M. Huotari
WilliamsMcCarthy LLP
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
Email: thaggestad@wilmac.com
Email: jhuotari@wilmac.com


/s/ *Patrick M. Jones*

One of the Attorneys for Necessary Party
**Spring Lake Pork, LLC**

Patrick M. Jones
AEGIS Law
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, IL 60606
Email: pjones@aegislaw.com

Sheldon D. Korlin
AEGIS Law
601 South Lindbergh Blvd., 2nd Floor
St. Louis, MO 63131
Email: skorlin@aegislaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose and state that I caused to be served the foregoing <u>above-mentioned document</u> by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Western Division, a copy of which was then forwarded to each attorney of record by CM/ECF on <u>October 2, 2023</u>.

      \s\ Tammy McCann