## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Secura Insurance Company

                                            Plaintiff,

v.                                                                 Case No.: 3:22−cv−50343

                                                                                     Honorable Lisa A. Jensen

Great Plains Management, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Pursuant to the parties' stipulation of dismissal [71], this case is dismissed in its entirety with prejudice. Any pending motions are now moot and all court dates are stricken. Civil case terminated. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.